ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| IAP Worldwide Services, Inc. ) | ASBCA No. 62129 |
| ) | |
| Under Contract No. FA8108-17-D-0011 ) | |

APPEARANCE FOR THE APPELLANT:      Dustin P. Monokian, Esq.
      Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
      Air Force Deputy Chief Trial Attorney
      Christopher M. Judge, Esq.
      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 5, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62129, Appeal of IAP Worldwide Services, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals